UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT GAFFIN IV, | ) | NO. ED CV 11-1002 PA (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| EDMUND G. BROWN, Governor of the State of California, et al., | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _March 20_, 2012.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE